**Order entered May 6, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00512-CR

## EX PARTE MATTHEW GONZALEZ

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. WX20-90983-X**

## ORDER

The Court has filed appellant's notice of appeal from the trial court's order denying relief sought by his pretrial application for writ of habeas corpus seeking a reduction in bail. This is an accelerated appeal and is governed by Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare a certification of appellant's right to appeal and to file it with the clerk's record.

We **ORDER** the Dallas County District Clerk to file the clerk's record by **May 22, 2020**. We **ORDER** that the clerk's record contain copies of the indictment, any orders setting or denying bail, bond conditions, the application for

writ of habeas corpus, any response to the writ application filed by the State, any other documents related to the writ application, the trial court's order ruling on the writ application, any findings of fact on the writ application that the trial court has entered, the certification of appellant's right to appeal, and any other documents filed with the clerk that the parties request.

We **ORDER** the court reporter to file, by **May 22, 2020**, either the reporter's record of the hearing on the writ application or written verification that no hearing was conducted.

After the record is filed, the Court will set briefing deadlines.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jeanine Howard, Presiding Judge, Criminal District Court No. 6; Jan Cherie Williams, official court reporter, Criminal District Court No. 6; Felicia Pitre, Dallas County District Clerk; and counsel for all parties.

/s/     BILL PEDERSEN, III
JUSTICE